1
2
3
4
5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| DAVID ORTIZ, | ) | NO. CV 09-6493 DMG (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 24, 2010

_____
DOLLY M. GEE
United States District Judge